PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-00473-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING DISMISSING COUNT ONE OF 12C PETITION; FINDINGS AND ORDER |
| v. | |
| ARNOLD RAY TAYLOR, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 9, 2022, defendant Arnold Ray Taylor admitted Charges 2 and 3 of the 12C Petition filed at ECF 63. Charge 1 was to be addressed at the disposition hearing.

2. On August 1, 2022, the Court held a disposition hearing on Charges 2 and 3 and sentenced Taylor to 14 months incarceration, followed by 24 months of supervised release. During this hearing, the government inadvertently failed to move to dismiss Charge 1.

/ / /

/ / /

/ / /

3. By this stipulation, the parties now move to dismiss Charge 1 of the pending 12C petition at ECF 63.

IT IS SO STIPULATED.

Dated: August 1, 2022              PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ ALSTYN BENNETT
                                   ALSTYN BENNETT
                                   Assistant United States Attorney

Dated: August 1, 2022              /s/ DOUGLAS J. BEEVERS
                                   DOUGLAS J. BEEVERS
                                   Counsel for Defendant
                                   ARNOLD RAY TAYLOR

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 2, 2022              _____
                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE