HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ARNOLD RAY TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00473-WBS |
| Plaintiff, | |
| vs. | **ORDER** |
| ARNOLD RAY TAYLOR | |
| Defendant. | Judge: Hon. William B. Shubb |

The matter coming before the Court on the Defendant's motion to continue and there being no objection, the Disposition Hearing is continued until June 10, 2024 at 9:00 a.m.

Dated: May 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-